**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| NEWTON ABSHIRE AND | : | **NO: 2:22-CV-02828** |
| HELEN ABSHIRE | : | |
| | : | |
| VERSUS NO. ____22-2828____ | : | **JUDGE JAMES D. CAIN** |
| | : | |
| UNITED NATIONAL INSURANCE | : | |
| COMPANY AND AMERICAN RELIABLE | : | |
| INSURANCE COMPANY | : | **MAGISTRATE JUDGE KAY** |

**************************************************************************

# ORDER

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all matters, causes of action, and claims in this controversy by and between the Plaintiffs NEWTON ABSHIRE and HELEN ABSHIRE and Defendants, UNITED NATIONAL INSURANCE COMPANY and AMERICAN RELIABLE INSURANCE COMPANY be and the same are hereby dismissed and discontinued, with full prejudice.

THUS DONE AND SIGNED in Chambers this 2nd day of August, 2023.

**JUDGE JAMES D. CAIN**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**